IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARTFORD FIRE INSURANCE CO.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:16-cv-00285-JDB |
| ) | |
| **VISTA CONTRACTING, INC.** ) | |
| ) | |
| **STJEPAN SOSTARIC** ) | |
| ) | |
| **and** ) | |
| ) | |
| **NANCY SOSTARIC** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**PLAINTIFF HARTFORD FIRE INSURANCE COMPANY'S
MOTION TO STAY OR, IN THE ALTERNATIVE,
TO DISMISS WITHOUT PREJUDICE**

COMES NOW Plaintiff Hartford Fire Insurance Company ("Hartford" or "Plaintiff"), by its counsel, and pursuant to Rules 7 and 41 Federal Rules of Civil Procedure ("FRCP"), and Rule 7 of the Local Rules of the United States District Court for the District of Columbia ("Local Rules"), to file this Motion to Stay or, in the Alternative, to Dismiss Without Prejudice ("Motion") the above-captioned action against Defendant Nancy Sostaric.

WHEREFORE, for the reasons stated in the accompanying Statement of Points and Authorities filed contemporaneously herewith, Plaintiff Hartford Fire Insurance Company respectfully requests that this Court Stay this case or, in the alternative, dismiss the case without prejudice, in addition to any other relief this Court deems appropriate.

Dated: July 28, 2017

        Respectfully submitted,

        **HARTFORD FIRE INSURANCE COMPANY**

        /s/ Arnie B. Mason
        Arnie B. Mason, Esq. (D.C. Bar No. 481084)
        **WILLIAMS MULLEN, P.C.**
        8300 Greensboro Drive, Suite 1100
        Tysons Corner, Virginia 22102
        (703) 760-5200 (telephone)
        (703) 748-0244 (facsimile)
        amason@williamsmullen.com

        *Counsel for Plaintiff*
        *Hartford Fire Insurance Company*

34114495_1